## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARIA L. FREEMAN** | § | **CIVIL ACTION NO. 19-8104** |
| | § | |
| **Plaintiff** | § | **SECTION "J"     DIV. (1)** |
| | § | |
| **vs.** | § | **JUDGE CARL BARBIER** |
| | § | |
| **BENJAMIN F. BOURGEOIS, JR.** | § | **MAG. JANIS VAN MEERVELD** |
| **and GBHC, L.L.C.** | § | |
| | § | |
| **Defendants** | § | |

## VOLUNTARY MOTION TO DISMISS MOTION TO COMPEL AND FOR CONTEMPT AND SANCTIONS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Maria L. Freeman, who respectfully represents to this Honorable Court that outstanding discovery issues have been satisfactorily resolved, and Plaintiff desires to dismiss her Motion to Compel and for Contempt and Sanctions filed against Defendants, Benjamin F. Bourgeois, Jr. and GBHC, LLC, each party to bear its own costs.

Respectfully submitted,

**BALDWIN HASPEL BURKE & MAYER, L.L.C.**
    s/ Alex S. Aughtry
**LARRY E. MOBLEY (#29990)**
lmobley@bhbmlaw.com
**MATTHEW A. TREUTING (#30768)**
mtreuting@bhbmlaw.com
**ALEX S. AUGHTRY (#37019)**
aaughtry@bhbmlaw.com
**LAWRENCE R. DeMARCAY, III (#25379)**
ldemarcay@bhbmlaw.com
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone:        (504) 569-2900
Fax:                 (504) 569-2099
*Attorneys for Plaintiff, Maria L. Freeman*

{B1527907.1}                                    1

{B1527907.1}

## CERTIFICATE OF SERVICE

I hereby certify, that on this 13th day of May, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Courts electronic filing system.

s/ Alex S. Aughtry